UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **JAMES A BELL #105533** | **CIVIL ACTION NO. 22-cv-1902 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JERRY GOODWIN** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 31] previously filed herein, having thoroughly reviewed the record, including the Objection [Doc. No. 32] filed by Plaintiff James A. Bell ("Bell"), and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED**, **ADJUDGED, AND DECREED** that Bell's claims are **DENIED** and the Petition [Doc. No. 1] is **DISMISSED WITH PREJUDICE**.

**MONROE, LOUISIANA,** this the 11th day of January 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE